**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Darryl Jerrard Mungin, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-000441

———————————

Appeal From Charleston County
Michael G. Nettles, Circuit Court Judge

———————————

Unpublished Opinion No. 2021-UP-248
Submitted June 1, 2021 – Filed June 30, 2021

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Taylor Davis Gilliam, of Columbia, for Petitioner.

Senior Assistant Deputy Attorney General Megan Harrigan Jameson, of Columbia, for Respondent.

———————————

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

We find evidence supports the PCR court's dismissal of Petitioner's claim of ineffective assistance of counsel; accordingly, we deny certiorari on this issue. *See*

*Speaks v. State*, 377 S.C. 396, 399, 660 S.E.2d 512, 514 (2008) ("On appeal, the PCR court's ruling should be upheld if it is supported by any evidence of probative value in the record.").

Because there is sufficient evidence to support the PCR court's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on this issue and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986). After review of Petitioner's direct appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), this appeal is dismissed. Counsel's motion to be relieved as counsel for the direct appeal is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.